JS - 6    E-FILED 04.26.12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ and YVETTE GONZALES, a/k/a YVETTE MADRID,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10,<br><br>    Defendants. | ) CASE NO. CV 11-01862 MMM (VBKx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On April 26, 2012, the court entered an order dismissing plaintiffs' § 1983 claims with prejudice and dismissing their state law claims without prejudice. Accordingly,

    IT IS ORDERED AND ADJUDGED

    1. That plaintiffs Gabriel Gonzales and Yvette Gonzales, a/k/a Yvette Madrid, take nothing by way of their claim under 42 U.S.C. § 1983 against defendant County of Los Angeles;

    2. That plaintiffs' state law claims be dismissed without prejudice; and

    3. That the action be, and it hereby is, dismissed.

DATED: April 26, 2012

                 */s/ Margaret M. Morrow*
                MARGARET M. MORROW
              UNITED STATES DISTRICT JUDGE