JS - 6                                          E-FILED 04.26.12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ and YVETTE GONZALES, a/k/a YVETTE MADRID, | CASE NO. CV 11-01862 MMM (VBKx) |
| Plaintiffs, | JUDGMENT FOR DEFENDANTS |
| vs. | |
| COUNTY OF LOS ANGELES; and DOES 1 through 10, | |
| Defendants. | |

On April 26, 2012, the court entered an order dismissing plaintiffs' § 1983 claims with prejudice and dismissing their state law claims without prejudice.  Accordingly,

IT IS ORDERED AND ADJUDGED

1.  That plaintiffs Gabriel Gonzales and Yvette Gonzales, a/k/a Yvette Madrid, take nothing by way of their claim under 42 U.S.C. § 1983 against defendant County of Los Angeles;

2.  That plaintiffs' state law claims be dismissed without prejudice; and

3.  That the action be, and it hereby is, dismissed.


DATED: April 26, 2012

_____

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2